# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 4:19CR107 |
| ) | |
| RONALD ELIJA WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Counsel in the above-captioned case have advised the Court that some pretrial motions have been complied with and the issues raised in the following motions have been resolved by agreement. The following motions filed in this case are DISMISSED AS MOOT:

Doc. 21  Motion for Release of Brady Materials;
Doc. 22  Motion for Agents to Retain Notes;
Doc. 23  Motion for Disclosure;
Doc. 24  Motion for Disclosure;
Doc. 25  Motion for Disclosure; and
Doc. 27  Motion for Jencks Material.

The remaining motions have been set for hearing by separate Order.

SO ORDERED, this 29th day of October 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA